# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEONARDO DIAZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>AA WIRELESS, INC., a foreign corporation; AT&T CORP., a foreign corporation; FARIBORZ NOZAR, an Individual; and DOES 1 through 25, inclusive;<br><br>Defendants. | CASE NO. 2:16-CV-06087-MWF-RAO<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>**[Stipulation filed concurrently herewith]**<br><br>Action Filed: July 13, 2016<br>Trial Date: November 7, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Court has received and reviewed the parties' Stipulation For Dismissal With Prejudice Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).

After full consideration, the Court hereby approves the stipulation and dismisses with prejudice the Complaint by Plaintiff LEONARDO DIAZ against Defendants AA WIRELESS, INC.; AT&T MOBILITY II, LLC (erroneously sued

as AT&T CORP.); FARIBORZ NOZAR; and DOES 1 through 25, pursuant to F.R.C.P. Rule 41. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 15, 2017

_____
The Honorable Michael W. Fitzgerald